UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1030 FMO (JCx) | Date | August 28, 2017 |
|---|---|---|---|
| Title | Politis Family LLC v. The Pep Boys Manny Joe and Jack of California, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions for Failure to Comply with Court Order

The parties filed a Status Report Re: Settlement on May 22, 2017. (See Dkt. 104, "Status Report"). In their Status Report, the parties requested that the court issue an order extending the case deadlines and allow the parties to submit another settlement status report. (See id. at 3). On May 23, 2017, the court granted the parties' request and extended the case deadlines and set August 22, 2017, as the deadline for the next Status Report Re: Settlement. (See Dkt. 105, Court's Order of May 23, 2017). As of the date of this Order, however, the parties have not filed a Notice of Settlement or a Status Report Re: Settlement. (See, generally, Dkt.). The court also notes that this is not the first time it has issued an Order to Show Cause regarding the parties' failure to timely file a status report. (See Dkt. 97, Court's Order of May 1, 2017). Accordingly, IT IS ORDERED that no later than **August 31, 2017**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with a court order. A stipulation of dismissal, notice of settlement, or Status Report Re: Settlement shall be deemed a satisfactory response to the order to show cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |